JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CORSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DHARMA COMMUNICATIONS, a Colorado Corporation; DOUGLAS ELLIS, an Individual; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:18−cv−03780−FMO−AGR<br>*Hon. Fernando M. Olguin Presiding*<br><br>**ORDER ON JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

**ORDER**:

Having reviewed the stipulation of the parties to dismiss this action with prejudice, and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear their respective costs and attorneys' fees as incurred against one another.

SO ORDERED.

Date: February 11, 2019 By: _____/s/_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE